# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 1, 2018

## NO. 03-18-00207-CR

**Ex parte Scott Ogle**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND**
**AFFIRMED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the order denying the application for writ of habeas corpus signed by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order denying the application for writ of habeas corpus. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 1, 2018

## NO. 03-18-00208-CR

### Ex parte Scott Ogle

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
AFFIRMED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the order denying the application for writ of habeas corpus signed by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order denying the application for writ of habeas corpus. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.